SCHEINDLIN

ORIGINAL

...ALLY FILED

...ED: 3/12/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
MARIA I. ACOSTA,                 :
                                 :
            Plaintiff,           :
                                 :   STIPULATION AND ORDER
       -v -                      :
                                 :   07 Civ. 5943 (SAS)
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay plaintiff's counsel, Christopher James Bowes, Esq., the sum of two thousand three hundred and thirty dollars and sixty cents ($2,330.60) in full satisfaction of any and all claims for attorney's fees and

expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       March 3 , 2008

                              CHRISTOPHER J. BOWES, ESQ.
                              Attorney for Plaintiff
                              54 Cobblestone Drive
                              Shoreham, New York  11786
                              Telephone No.: (631) 929-1700

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

By: _____
         SUSAN D. BAIRD
         Assistant United States Attorney
         86 Chambers Street - 3rd Floor
         New York, New York  10007
         Telephone No.: (212) 637-2713
         Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

3/12/08